No. 195, Misc. KANZELBERGER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 200, Misc. ABSTON v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se*. *Benj. J. Jacobson* for respondent.

No. 201, Misc. HOWARD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 202, Misc. KING v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 211, Misc. ALLISON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 213, Misc. BYNUM v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States et al.

No. 214, Misc. BERNARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 215, Misc. WEST v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Harold L. Rock* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 216, Misc. VELASQUEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.